Pg 1

82,558-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

To: Court of Criminal Appeals of Texas

My name is Ronnie Hendric TDCJ# 1865458. I'm writting in regards to my writ. That I filed with DeWitt county. The Cause No: in DeWitt county is (12-10-11,741). In this letter I will show the dates I sent DeWitt county my writ. Sections A, B, C, D pertaining to Cause No. 12-10-11741. Along with dates and responses from DeWitt county and the Court of Criminal Appeals of Texas. Along with this letter will be sent copies of my writ 11.07. Labeled 12-10-11741-A, 12-10-11741-B, 12-10-11741-C, 12-10-11741-D

To my understanding the only thing. That has been filed is 12-10-11741-A. My question to this is; was 12-10-11741-B, 12-10-11741-C, 12-10-11741-D, filed all together and called 12-10-11741-A

On or about 12-4-14 I mailed out 12-10-11741-A, From the Garza East Unit. In Beeville Tx. On or about 12-8-14 I mailed out 12-10-11741-B. From Garza East Unit Beeville Tx. On or about 12-8-14. I mailed out 12-10-11741-C. From the Garza East Unit Beeville Tx. On or about 12-15-14. I mailed out 12-10-11741-D

I have not recieved any information from DeWitt county, or the Court of Criminal Appeals of Texas on; 12-10-11741-B, 12-10-11741-C, 12-10-11741-D. Here I will produce hand written copie of the letters I recieved and from who. Along with dates printed and recieved

From 12-8-2014 Criminal Court of Appeals of Texas Recieved 12-19-14: Hendick, Ronnie Tr. Ct. No. 12-10-11741 WR-82558-01. On this day, the original application for writ of

mandamus has been recieved and presented to the court
Abel Acosta, Clerk

From Dec 15 2014 DeWitt County Recieved Dec 19 2014; Enclosed please find a copy of the Applications for a Writ of Habeas Corpus Seeking Relief from Felony Conviction Under Code of Criminal Procedure, Article 11.07 filed in the above entitled and number cause (In Re: Cause No. 12-10-11741-A 24th Judicial District Re: Ex Parte Ronnie Joe Hendrick)
Tabeth Gardner District Clerk

From (no printed date but filed on Jan 14 2015) Court of Criminal Appeals of Texas No: WR-82558-01 In Reason Ronnie Joe Hendrick, Relator. On Application For A Writ of Madamus Cause NO. 12-10-11741 in the 24th District Court From Dewitt County Per Curiam ORDER

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this court. In it, he contends that he filed an application for a writ of habeas corpus in the 24th District Court of DeWitt County, that more than 35 days have elapsed, and that the application has not yet been faward to this court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of DeWitt County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting a copy of a timely filed order which designates issues to be investigated (see McCree v. Hampton, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992) or stating that Realator has not filed an application for a writ of habeas Corpus

in Dewitt County, Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas corpus application shall also be submitted with the response. The application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed January 14 2015

Do Not publsh

From January 14 2015 DeWitt County Recieved 1-22-15 (In Re: Cause No: 12-10-11741-A 24th District court Ex Parte Ronie Joe Hendrick) Enclosed please find the clerks record on the Application for Writ of Habeas Corpus Seeking Relief from Final Felony Conviction Under Code of Criminal Procedure, Article 11.07 filed by the defendent in above entitled and numbered cause                              Tabeth Gardner District Clerk

From 1-20-15 Courts of Criminal Appeals of Texas recieved 1-30-15

Hendrick Ronnie. Tr. Ct. 12-10-11741 WR-82558-01

On this day, the supplemental clerks record, in response to the order issued by this court, has been recieved and presented to the Court                              Abel Acosta, Clerk

From 1-20-15 Criminal Court Appeals of Texas recieved 1-30-15

Hendrick Ronnie Joe, Tr. Ct. 12-10-11741-A WR-82558-02

On this day, the application for 11.07 Writ of Habeas Corpus has been recieved and presented to the court
                              Abel Acosta, Clerk

As you can see I havent recieved any Stating about 12-10-11741-B, 12-10-11741-C, 12-10-11741-D. Can you tell me whats being done with these, or what would be the next procedure I need to take.

Sincerly

Ronnie Hendrick

Ronnie Hendrick #1865458
Garza East
4304 HWY 202
Beeville Tx 78102